**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NATALIE QUALLS, | : | CASE NO. 2:19-cv-01965 |
| | : | |
| Plaintiff, | : | Judge Marbley |
| | : | |
| vs. | : | Magistrate Judge Jolson |
| | : | |
| WRIGHT-PATT CREDIT UNION, INC., | : | |
| | : | |
| Defendant. | : | |

## STIPULATED EXTENSION OF TIME TO MOVE OR PLEAD

Now comes Defendant Wright-Patt Credit Union, Inc., ("Defendant"), by and through counsel, and Plaintiff Natalie Qualls ("Plaintiff"), by and through counsel, and hereby stipulate pursuant to Local Rule 6.1(a) that Defendant shall have an additional twenty-one (21) days, until July 11, 2019, to plead or move in response to Plaintiff's Complaint. There have been no prior stipulated extensions to Defendant in this case.

Respectfully submitted,


s/ Kevin C. Hulick       (0093921)
(by s/ Daniel C. Gibson per
telephone authorization)
Stuart E. Scott      (0064834)
Kevin C. Hulick   (0093921)
1001 Lakeside Ave. East, Ste. 1700
Cleveland, Ohio 44114
Telephone: (216) 696-3232
Facsimile: (216) 696-3924
sscott@spanglaw.com
khulick@spanglaw.com

*Counsel for Plaintiff*
*Natalie Qualls*

s/ Daniel C. Gibson            (0080129)
Daniel C. Gibson       (0080129)
Bricker & Eckler LLP
100 South Third Street
Columbus, Ohio 43215
Telephone: (614) 227-2300
Facsimile:  (614) 227-2390
dgibson@bricker.com

*Trial Attorney for Defendant*
*Wright-Patt Credit Union, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic system. Parties were served electronically by the Court's CM/ECF electronic system.

s/ Daniel C. Gibson
Daniel C. Gibson (0080129)

3

14043504v1