UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATALIE QUALLS, On Behalf of Herself and All Others Similarly Situated<br><br>Plaintiff<br><br>vs.<br><br>WRIGHT-PATT CREDIT UNION, INC.<br><br>Defendant | **CASE NO.** 2:19-CV-01965-ALM-KAJ<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

COMES NOW the Plaintiff, Natalie Qualls, and Defendant, Wright-Patt Credit Union Inc., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by stipulation dismiss the above-styled case. This dismissal is without prejudice.

Dated: August 8, 2019

                                                Respectfully submitted,

                                                s/ Stuart E. Scott
                                                STUART E. SCOTT (0064834)
                                                KEVIN C. HULICK (0093921)
                                                **SPANGENBERG SHIBLEY & LIBER LLP**
                                                1001 Lakeside Avenue East, Suite 1700
                                                Cleveland, OH  44114
                                                (216) 696-3232
                                                (216) 696-3924 (FAX)
                                                *sscott@spanglaw.com*
                                                *khulick@spanglaw.com*

                                                *Counsel for Plaintiff*

                                                s/ Daniel C. Gibson (Per Email Consent (8/6/2019)
                                                Daniel C. Gibson, Trial Attorney (0080129)
                                                **Bricker & Eckler LLP**
                                                100 South Third Street
                                                Columbus, OH  43215
                                                (614) 227-2324
                                                (614) 227-2390 (FAX)
                                                *dgibson@bricker.com*

        James R. Branit (ARDC No. 6191555)
        Kevin A. Titus (ARDC No. 6217520)
        **Litchfield Cavo LLP**
        303 West Madison Street, Suite 300
        Chicago, IL  60606
        (312) 781-6552
        *branit@litchfieldcavo.com*
        *titus@litchfieldcavo.com*

        *Counsel for Wright-Patt Credit Union, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of August 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        s/ Stuart E. Scott
        STUART E. SCOTT (0064834)
        KEVIN C. HULICK (0093921)
        **SPANGENBERG SHIBLEY & LIBER LLP**
        1001 Lakeside Avenue East, Suite 1700
        Cleveland, OH  44114
        (216) 696-3232
        (216) 696-3924 (FAX)
        *sscott@spanglaw.com*
        *khulick@spanglaw.com*

        *Counsel for Plaintiff*